United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COTTRELL D. BROADNAX,
Plaintiff,
v.
K. FERNANDEZ, et al.,
Defendants.

Case No. 26-cv-09599 NC (PR)

**ORDER OF TRANSFER**

Plaintiff, a state prisoner at Kern Valley State Prison ("KVSP"), filed a *pro se* civil rights complaint under 42 U.S.C. § 1983, against KVSP prison staff. Dkt. No. 1. KVSP is located in Delano, which lies in Kern County. Because the acts complained of occurred in Kern County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the

United States District Court
Northern District of California

Eastern District of California.

**IT IS SO ORDERED.**

DATED: November 6, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge